[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-12074

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

RICHARD JAMES HICKS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:20-cr-00132-JB-MU-3

_____

2                    Opinion of the Court                    22-12074

Before WILLIAM PRYOR, Circuit Judge, and NEWSOM and GRANT, Circuit Judges.

PER CURIAM:

Arthur J. Madden III, appointed counsel for Richard Hicks in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hicks's conviction and sentence are **AFFIRMED**.